DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID SIMON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1839

[October 9, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2024-CF-002112-AXXX-MB.

David Simon, Live Oak, pro se.

No appearance for respondent.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***